TYPE OF HEARING: **Rule 5**
CASE NUMBER: **1:25-MJ-421**
MAGISTRATE JUDGE **William E. Fitzpatrick**
DATE: **7/21/2025**
TIME: **2:00**
TAPE: <u>FTR RECORDER</u>

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

    VS.

<u>Dan Galvez</u>

GOVT. ATTY: <u>Chris Carter</u>

DEFT'S ATTY: <u>without counsel</u>

DUTY AFPD/CJA: <u>Zachary Dubler</u>

INTERPRETER _____ LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( X )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( X )   FPD ( X ) CJA ( ) Conflict List ( )   Reappointed ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  ( X )

  Gov't seeking detention - GRANTED pending PH/DH.  Deft remanded to the custody of the USMS.

DEFT RECOGNIZED TO APPEAR AT FURTHER COURT DATE ( )

NEXT COURT APPEARANCE <u>    PH/DH    </u> TIME <u>  2:00  </u>

<u>    7/23/2025    </u>

In Court Time : <u>  5 minutes  </u>
2:07 - 2:12