JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet  U.S. District Court

**Place of Offense:** Under Seal: Yes X  No ___ Judge Assigned: Hon. Patricia T. Giles

City _____ Superseding Indictment ___ Criminal Number: 1:25CR244

County/Parish Prince William County Same Defendant X New Defendant ___

Magistrate Judge Case Number 1:25-MJ-421 Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: US v. Orellana Banegas, 1:24-cr-92; U.S. v. Pereira, Jorge Ariel, 1:25-cr-208

**Defendant Information:**

**Juvenile** -- Yes ___ No ___ **FBI #** xxxxxHPAW

**Defendant Name:** Dan Benedict GALVEZ Alias Name(s) "Flip"

**Address:** Woodbridge, VA 22191

**Employment:** ___

**Birth date** xx/xx/1999 **SS#** xxx-xx-3584 **Sex** M **Def Race** White **Nationality** U.S. Citizen **Place of Birth** Virginia

**Height** 5'07" **Weight** 115 **Hair** Brown **Eyes** Brown **Scars/Tattoos** Unknown

**Interpreter:** X No ___ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**

Arrest Date 7/21/2025

X Already in Federal Custody as of 7/21/2025 in William G. Truesdale Adult Detention Center

___ Already in State Custody ___ On Pretrial Release ___ Not in Custody

___ Arrest Warrant Requested ___ Fugitive ___ Summons Requested

___ Arrest Warrant Pending ___ Detention Sought ___ Bond

**Defense Counsel Information:**

Name: Zachary Andrew Deubler X Court Appointed Counsel conflicted out: SEE CONFLICTS MEMO

Address: 108 N. Alfred Street Ste 1st Floor Alexandria, VA 22314 ___ Retained

Telephone: 703-679-8914 ___ Public Defender Federal Public Defender's Office conflicted out: YES

**U.S. Attorney Information:**

SAUSA Christopher M. Carter Telephone No: 703-299-3700 Bar # ___

**Complaintant Agency, Address & Phone Number or Person & Title:**

FBI Task Force Officer Matthew Lanman, 571-991-1657

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 8421(a)(1) and 846 | Conspiracy to Distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance. | 1 | Felony |
| Set 2 | 18 U.S.C. § 924(c)(1)(A) | Possession of a firearm in furtherance of a drug trafficking crime. | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** August 13, 2025 Signature of AUSA: /s/ Christopher M. Carter